**SEALED**

FILED
July 24, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    RR
    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**Case No: SA:24-CR-00346-JKP**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) JOSE ANDRADE<br>(2) VALERIE GARZA<br><br>Defendants | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 933<br>Conspiracy to Traffic Firearms<br><br>**COUNT 2:** 18 U.S.C. § 932<br>Conspiracy to Straw Purchase Firearms<br><br>**COUNT 3:** 18 U.S.C. § 922(a)(6)<br>Falsifying Information When Buying Firearms |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Conspiracy to Traffic Firearms**
**[18 U.S.C. § 933(a)]**

On or about January 23, 2024, in the Western District of Texas, Defendants,

**(1) JOSE ANDRADE, and**
**(2) VALERIE GARZA**

and others, did knowingly conspire to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Barrett M82A1, .50 Caliber rifle bearing Serial Number: AA017094, to another person, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit, Conspiracy to Straw Purchase Firearms and Possession

1

by a Prohibited Person, in violation of Title 18, United States Code, Section 933.

## COUNT TWO
### Conspiracy to Straw Purchase Firearms
### [18 U.S.C. § 932]

On or about January 23, 2024, in the Western District of Texas, Defendants,

**(1) JOSE ANDRADE, and**
**(2) VALERIE GARZA**

and others, did knowingly conspire to purchase at least one firearm, to wit: a Barrett M82A1, .50 Caliber rifle bearing Serial Number: AA017094, in and affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, to wit, Possession by a Prohibited Person, in violation of Title 18, United States Code, Section 932.

## COUNT THREE
### Falsifying Information When Buying Firearms
### [18 U.S.C. § 922(a)(6)]

On or about January 23, 2024, in the Western District of Texas, Defendant,

**(2) VALERIE GARZA**

in connection with the acquisition of a firearm, to wit: a Barrett M82A1, .50 Caliber rifle bearing Serial Number: AA017094, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that (2) VALERIE GARZA executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating she was the actual buyer of the firearm indicated on the Form 4473, when in fact as she then knew, she was not the

actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearms Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 932 and 933 subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violation set forth in Count One through Three, the United States of America gives notice to Defendant of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924, as made applicable to criminal forfeiture by 28 U.S.C. § 2461. Section 924 states in pertinent part:

**Title 18 U.S.C. § 924. Penalties**

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. A Barrett M82A1, .50 Caliber rifle bearing Serial Number: AA017094; and
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR ALICIA MCNAB
Assistant United States Attorney